**Thomas P. DiNapoli**
**State Comptroller**

RONDELL S GOPPY

|  | Total Gross | Fed Taxable Gross |
|---|---|---|
| Current | 2,142.17 | 2,035.10 |
| YTD | 42,484.15 | 38,706.11 |

| Advice # | 83380724 | Pay Start Date | 10/30/2014 | Negotiating Unit | SV |
|---|---|---|---|---|---|
| Advice Date | 11/13/2014 | Pay End Date | 11/12/2014 | Retirement System | NYE |

**Net Pay**  771.89

| Department ID | 70020 | NYS EMPLID | N01060367 |
|---|---|---|---|

Pay Rate  40,723.00

### EARNINGS

| | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 1,561.97 | | 33,643.03 |
| Pre-paid Legal $93.04 | | 91.09 | | 91.09 |
| Ot Cuny Bc (10/02-10/02) | 3.00 | 87.76 | 243.50 | 6,517.55 |
| Ot Cuny Bc (10/08-10/08) | 7.50 | 219.41 | | |
| Addtl Sft Comp-CUNY 40 hr | 50.00 | 97.51 | 924.50 | 1,667.58 |
| Ot Cuny Bc (09/29-09/29) | 1.50 | 43.88 | | |
| Ot Cuny Bc (09/30-09/30) | 4.50 | 131.64 | | |
| Lost Time | | | -1.00 | -139.03 |
| Holiday Pay CUNY/ANN | | | 2.00 | 139.02 |
| Uniform Allowance CUNY | | | | 656.00 |

### TAX DATA

| | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | M | M | M | |
| Allowances | 0 | 0 | 0 | |
| Addl. Amt. | 10.00 | | | |

### TAXES

| | Current | YTD |
|---|---|---|
| Fed Withholding | 231.61 | 2,791.15 |
| Medicare | 32.38 | 617.34 |
| Social Security | 138.46 | 2,639.66 |
| NY Withholding | 112.13 | 2,012.16 |
| NYC Withholding | 69.66 | 1,259.94 |

### BEFORE TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| NYE Retirement Before Tax | 198.16 | 3,869.13 |
| HIP HMO Fam Basic Bef Tax | 0.00 | 0.00 |

### AFTER TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| Teamsters City Loc 237 | 19.60 | 450.80 |
| Winston Financial Services | 33.70 | 511.10 |
| NYE Loans | 102.58 | 1,579.88 |
| 000010 Child | 181.00 | |
| 000011 Child | 100.00 | |
| 000020 Child | 151.00 | |
| Garnishments | | 9,936.00 |

---

November 13, 2014

Deposited in the Account(s) of    RONDELL S GOPPY

**Direct Deposit Distribution**    Account Number(s) not displayed to protect your privacy

| Transit # | Account Type | Deposit |
|---|---|---|
| 011001234 | Checking | 15.00 |
| 226078036 | Savings | 108.00 |
| 124303120 | Checking | 100.00 |
| 226078036 | Checking | 548.89 |
| Total | | 771.89 |

Advice No. **83380724**

## NON-NEGOTIABLE

**NET DISTRIBUTIONS**

| | |
|---|---|
| Advice # 83380724 | 771.89 |
| Check # | |
| Total | 771.89 |

**Thomas P. DiNapoli**
**State Comptroller**

RONDELL S GOPPY

| | | | | | Total Gross | Fed Taxable G |
|---|---|---|---|---|---|---|
| Advice # | 82710668 | Pay Start Date | 09/18/2014 | Negotiating Unit SV | Current 1,727.74 | 1,567 |
| Advice Date | 10/02/2014 | Pay End Date | 10/01/2014 | Retirement System NYE | YTD 36,003.00 | 32,733 |
| Department ID | 70020 | NYS EMPLID | N01060367 | | Pay Rate 40,723.00 | |

| | | | | | Net Pay | 592.30 |

**EARNINGS**

| | Current Hrs/Days | Current Earnings | YTD Hrs/Days | YTD Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | 85.00 | 1,561.97 | | 28,957.12 |
| Addtl Stt Comp-CUNY 40 hr | | 165.77 | | 1,422.83 |
| Lost Time | | 799.00 | | -139.03 |
| Holiday Pay CUNY/ANN | | -1.00 | | 139.02 |
| Uniform Allowance CUNY | | 2.00 | | 656.00 |
| OT at 1.5 CUNY 40 hr | | 190.50 | | 4,967.06 |

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | M | M | M | |
| Allowances | 0 | 0 | 0 | |
| Addl. Amt. | 10.00 | | | |

**BEFORE TAX DEDUCTIONS**

| | Current | YTD |
|---|---|---|
| NYE Retirement Before Tax | 159.81 | 3,269.61 |
| HIP HMO Fam Basic Bef Tax | 0.00 | 0.00 |

**AFTER TAX DEDUCTIONS**

Teamsters City Loc 237
Winston Financial Services
NYE Loans
000010 Child
000011 Child
000020 Child
Garnishments

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 161.54 | 2,116. |
| Medicare | 25.05 | 522. |
| Social Security | 107.12 | 2,232. |
| NY Withholding | 79.53 | 1,683. |
| NYC Withholding | 49.94 | 1,055. |

| | Current | Y |
|---|---|---|
| | 19.60 | 392 |
| | 35.70 | 410 |
| | 67.15 | 1,343 |
| | 181.00 | |
| | 100.00 | |
| | 151.00 | |
| | | 8,640 |

October 02, 2014

Deposited in the Account(s) of RONDELL S GOPPY

**Direct Deposit Distribution** Account Number(s) not displayed to protect your privacy

| Transit # | Account Type | Deposit |
|---|---|---|
| 01001234 | Checking | 15.00 |
| 226078036 | Savings | 108.00 |
| 124303120 | Checking | 100.00 |
| 226078036 | Checking | 369.30 |

| Total | | 592.30 |

Advice No. **82710668**

**NET DISTRIBUTIONS**

| Advice # 82710668 | 592.30 |
|---|---|
| Check # | |
| Total | 592.30 |

**NON-NEGOTIABLE**

# Thomas P. DiNapoli
# State Comptroller

**RONDELL S GOPPY**

| | | | | | | Total Gross | Fed Taxable Gross |
|---|---|---|---|---|---|---|---|
| Advice # | 82932184 | Pay Start Date | 10/02/2014 | Negotiating Unit | SV | Current 2,079.77 | 1,887.35 |
| Advice Date | 10/16/2014 | Pay End Date | 10/15/2014 | Retirement System | NYE | YTD 38,082.77 | 34,620.78 |
| Department ID | 70020 | NYS EMPLID | N01060367 | | | Pay Rate 40,723.00 | **Net Pay 800.49** |

## EARNINGS

| | Current Hrs/Days | Earnings | YTD Hrs/Days | Earnings |
|---|---|---|---|---|
| Regular Pay Salary Employee | | 1,561.97 | | 30,519.09 |
| Addtl Stl Comp-CUNY 40 hr | 40.50 | 78.98 | 839.50 | 1,501.81 |
| Ot Cuny Bc (09/04-09/04) | 7.50 | 219.41 | 205.50 | 5,405.88 |
| Ot Cuny Bc (09/12-09/12) | 7.50 | 219.41 | | |
| Lost Time | | -1.00 | | -139.03 |
| Holiday Pay CUNY/ANN | | 2.00 | | 139.02 |
| Uniform Allowance CUNY | | | | 656.00 |

| TAX DATA | Federal | State | NYC | Yonkers |
|---|---|---|---|---|
| Marital Status | M | M | M | |
| Allowances | 0 | 0 | 0 | |
| Addtl. Amt. | 10.00 | | | |

## BEFORE TAX DEDUCTIONS

| | Current | YTD |
|---|---|---|
| NYE Retirement Before Tax | 192.38 | 3,461.99 |
| HIP HMO Fam Basic Bef Tax | 0.00 | 0.00 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| Teamsters Cty Loc 237 | | |
| Winston Financial Services | | |
| NYE Loans | | |
| 000010 Child | | |
| 000011 Child | | |
| 000020 Child | | |
| Garnishments | | |

| TAXES | Current | YTD |
|---|---|---|
| Fed Withholding | 209.65 | 2,325.66 |
| Medicare | 30.16 | 552.20 |
| Social Security | 128.94 | 2,361.13 |
| NY Withholding | 102.23 | 1,786.22 |
| NYC Withholding | 63.67 | 1,119.61 |

| | Current | YTD |
|---|---|---|
| | 19.60 | 411.60 |
| | 33.70 | 443.70 |
| | 67.15 | 1,410.15 |
| | 181.00 | |
| | 100.00 | |
| | 151.00 | |
| | | 9,072.00 |

October 16, 2014

Deposited in the Account(s) of RONDELL S GOPPY

## Direct Deposit Distribution

| Transit # | Account Type | Account Number(s) not displayed to protect your privacy | Deposit |
|---|---|---|---|
| 01001234 | Checking | | 15.00 |
| 226078036 | Savings | | 108.00 |
| 124303120 | Checking | | 100.00 |
| 226078036 | Checking | | 577.49 |
| **Total** | | | **800.49** |

Advice No. **82932184**

## NET DISTRIBUTIONS

| | |
|---|---|
| Advice # 82932184 | 800.49 |
| Check # | |
| **Total** | **800.49** |

# NON-NEGOTIABLE